HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DAWN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 14-MJ-00201-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUE CONFERENCE |
| v. | ) |
| | ) DATE: November 19, 2014 |
| DAWN PEREZ, | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through AHMED MIAN, Assistant U.S. Attorney, and defendant DAWN PEREZ by and through her counsel, LINDA HARTER, Chief Assistant Federal Defender, that the status conference set for October 15, 2014 be continued to November 19, 2014 at 9:00 a.m.

The continuance is requested to accommodate the schedules of the Court and the parties. The additional time will be used to allow Ms. Perez additional time to obtain a driver's license through the California Department of Motor Vehicles. The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 19, 2014 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 13, 2014                                      Respectfully submitted,

                                                             HEATHER E. WILLIAMS
                                                             Federal Defender


                                                             /s/ Linda Harter
                                                             LINDA HARTER
                                                             Chief Assistant Federal Defender
                                                             Attorney for Defendant
                                                             DAWN PEREZ


DATED: October 13, 2014                                      BENJAMIN B. WAGNER
                                                             United States Attorney


                                                             /s/ Ahmed Mian
                                                             AHMED MIAN
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, October 15, 2014 up to and including November 19, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

It is further ordered that the October 15, 2014 status conference shall be continued until November 19, 2014, at 9:00 a.m.

Dated: October 14, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE