HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DAWN PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAWN PEREZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. 14-MJ-00201-KJN <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUE CONFERENCE <br><br> DATE:   February 18, 2015 <br> TIME:   9:00 a.m. <br> JUDGE:  Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through AHMED MIAN, Assistant U.S. Attorney, and defendant DAWN PEREZ by and through her counsel, LINDA HARTER, Chief Assistant Federal Defender, that the status conference set for November 19, 2014 be continued to February 18, 2015 at 9:00 a.m.

The continuance is requested to accommodate the schedules of the Court and the parties. The additional time will be used to allow Ms. Perez sufficient time to pay off her outstanding traffic fines in order to obtain a driver's license through the California Department of Motor

/ / /

/ / /

/ / /

/ / /

-1-

Vehicles. In particular, the above stipulated court date will enable Ms. Perez to use her tax refund to pay off the fines, as she is currently unemployed.

DATED: November 13, 2014     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DAWN PEREZ

DATED: November 13, 2014     BENJAMIN B. WAGNER
United States Attorney

/s/ Ahmed Mian
AHMED MIAN
Assistant U.S. Attorney
Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the November 19, 2014 status conference shall be continued until February 18, 2015, at 9:00 a.m.

Dated: November 14, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE